1  **BRYAN CAVE LLP**
   Robert E. Boone III (California Bar No. 132780)
2  John W. Amberg (State Bar No. 108166)
   Paul A. Levin (California Bar No. 229077)
3  120 Broadway, Suite 300
   Santa Monica, California 90401-2386
4  Telephone: (310) 576-2100
   Facsimile: (310) 576-2200
5
   Attorneys For Defendant
6  McDONNELL DOUGLAS CORPORATION

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | TWILA HARTFORD, et al.,          | Case No. CV 05-00202 SBA
13 |       Plaintiffs,                 | STIPULATION PERMITTING
                                       | DEFENDANT McDONNELL DOUGLAS
14 |       vs.                         | CORPORATION TO FILE NEWLY
                                       | FOUND EVIDENCE AND
15 | ATLAS TURNER, Inc. et al.,        | SUPPLEMENTAL BRIEF IN
                                       | OPPOSITION TO PLAINTIFFS'
16 |       Defendants.                 | MOTION TO REMAND; **REVISED**
                                       | [PROPOSED] **ORDER** REGARDING
17                                     | McDONNELL DOUGLAS
                                       | CORPORATIONS' MOTION TO SUBMIT
18                                     | BRIEF AND ADDITIONAL EVIDENCE
                                       | IN SUPPORT OF OPPOSITION TO
19                                     | MOTION TO REMAND

20                                     | NO HEARING REQUESTED

21                                     | Judge: Hon. Saundra B. Armstrong

22

23

24

25

26

27

28

SM01DOCS\547450.2                    1
                                                STIPULATION TO SUPPLEMENT OPPOSITION

1  IT IS HEREBY STIPULATED by and between Plaintiffs Twila Hartford, et al. ("Plaintiffs") and Defendant McDonnell Douglas Corporation ("MDC"), through their respective counsel, that the Court may allow MDC to file a supplemental brief in opposition to Plaintiffs' Motion to Remand supported by newly discovered evidence and the declaration of Larry L. Fogg.

IT IS FURTHER STIPULATED that Plaintiffs may file a response to MDC's supplemental brief, filed concurrently herein, no longer than four (4) pages to be filed no later than three (3) court days after the court's approving order.

IT IS FURTHER STIPULATED that the Court may consider MDC's newly discovered evidence and brief in its decision on Plaintiffs' Motion to Remand to California Superior Court, scheduled for hearing on June 28, 2005.

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JOHN W. AMBERG
PAUL A. LEVIN

By: _____
Paul A. Levin

Attorneys for Defendant
McDONNELL DOUGLAS
CORPORATION

**BRAYTON ♦ PURCELL LLP**
DAVID R. DONADIO
DAVID L. FIOL

By: _____
David L. Fiol

Attorneys for Plaintiffs
TWILA HARTFORD, et al.

**ORDER**

IT IS SO ORDERED AS STIPULATED.

DATED: 6/7/05

Saundra Brown Armstrong
Hon. Saundra B. Armstrong
United States District Judge

1 | Prepared and submitted by:

2 | **BRYAN CAVE LLP**
ROBERT E. BOONE III
3 | JOHN W. AMBERG
PAUL A. LEVIN
4 |

5 | By: _/s/ Paul A. Levin_____
6 |      Paul A. Levin

7 | Attorneys for Defendant
McDONNELL DOUGLAS CORPORATION
8 |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401

SM01DOCS\547450.2

3

McDONNELL DOUGLAS CORP.'S MOTION TO
SUPPLEMENT OPPOSITION