IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWILA HARTFORD, et. al., | No. C 05-0202 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| ATLAS TURNER, INC., et al. | |
| Defendants. | |

On June 6, 2005, this Court received notice from the Judicial Panel on Multidistrict Litigation (the"MDL Panel") of a Conditional Transfer Order to the MDL Court in the Eastern District of Pennsylvania.

Accordingly,

IT IS HEREBY ORDERED THAT this action is STAYED in its entirety pending a final determination from the MDL Panel on whether transfer is appropriate.  All dates and deadlines established in this matter, including the hearing on Plaintiff's Motion to Remand, are VACATED.

IT IS FURTHER ORDERED THAT Plaintiff shall promptly notify this Court of the ruling of the MDL Panel.

IT IS SO ORDERED.

Dated: 6-17-05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge