IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWILA HARTFORD, et. al., | No. C 05-0202 SBA |
|     Plaintiffs, | **ORDER** |
| v. | |
| ATLAS TURNER, INC., et al. | |
|     Defendants. | |

On June 17, 2005, the Court issued a stay pending finalization of a Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation (the "MDL Panel"). On June 21, 2005, Plaintiffs and the sole removing Defendant, McDonnell Douglas Corporation ("MDC"), submitted a stipulation requesting that the Court lift the stay, allow MDC to be dismissed from the action with prejudice, and remand the action to state court.

Because the Court retains jurisdiction pending a final transfer determination by the MDL Panel and because the Court is informed that no final determination has been made, IT IS HEREBY ORDERED THAT the stay imposed by the Court is lifted. Pursuant to Plaintiffs' and MDC's stipulation, MDC is dismissed from the action with prejudice. Because the sole removing Defendant has been dismissed, the Court REMANDS the action to the San Francisco Superior Court.

IT IS SO ORDERED.

Dated: 6/22/05

s/Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge