1   ALAN R. BRAYTON, ESQ., S.B. #73685
    LLOYD F. LEROY, ESQ., S.B. #203502
2   DAVID L. FIOL, ESQ., S.B. #203546
    BRAYTON❖PURCELL
3   ATTORNEYS AT LAW
    222 Rush Landing Road
4   P.O. Box 6169
    Novato, California  94948-6169
5   (415) 898-1555
    (415) 898-1247 Fax
6
    Attorneys for Plaintiff
7

8

9

10

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15
    TWILA HARTFORD, et al,                )   No.  05-0202 - SBA
16                                         )
              Plaintiffs,                  )   STIPULATION AND [PROPOSED]
17                                         )   ORDER PETITIONING COURT FOR
    vs.                                    )   LIFTING OF STAY, DISMISSING
18                                         )   DEFENDANT MCDONNELL DOUGLAS
    ATLAS TURNER, INC., et al,             )   CORPORATION WITH PREJUDICE AND
19                                         )   REMANDING CASE TO CALIFORNIA
              Defendants.                  )   SUPERIOR COURT
20                                         )
    MCDONNELL DOUGLAS                      )
21  CORPORATION,                           )
                                           )   Date:   May 17, 2005
22            Removing Defendant.          )   Time:   1:00 p.m.
                                           )
23

24

25      WHEREAS:

26          (1) This case consists of two consolidated asbestos survival and wrongful death actions

27  originally filed in Superior Court of California, County of San Francisco (the "State Court"),

28

1 | Case Nos. CGC-03-425202 and CGC-04-435373 (the "State Actions"), in which the surviving
2 | spouse and children of Decedent Noel Hartford ("Plaintiffs") allege product liability claims
3 | against Defendant McDonnell Douglas Corporation ("MDC"), among others.
4 |     (2) Defendant MDC filed its Notice of Removal of the State Actions on January 13,
5 | 2005 on "federal officer" grounds pursuant to 28 U.S.C. Section 1442(a)(1).
6 |     (3) Plaintiffs and MDC have agreed to and do hereby stipulate that MDC should be
7 | dismissed from this action with prejudice pursuant to FRCP 41(a)(2).
8 |     (4) Although MDC stipulates to a dismissal at this time, MDC still maintains that it
9 | properly removed the State Actions based on "federal officer" removal subject matter
10 | jurisdiction grounds, for the reasons stated in MDC's Notice of Removal and other papers filed
11 | with this Court in opposition to Plaintiffs' Motion to Remand to the State Court.
12 |
13 |     IT IS HEREBY STIPULATED by and between Plaintiffs and MDC, through their
14 | designated counsel, that because the sole removing defendant, MDC, is hereby dismissed with
15 | prejudice from this case, remand to the State court is appropriate at this time.
16 |
17 |     Accordingly, the Plaintiffs and MDC petition this court for an order lifting the stay of
18 | this action so that it can dismiss MDC with prejudice and remand the State Actions to the State
19 | Court, pursuant to this Stipulation.
20 | Dated: 6/20/05         BRYAN CAVE LLP
21 |
22 |     By: _____
23 |         Paul A. Levin
        Attorneys for Defendant
        McDONNELL DOUGLAS CORPORATION
24 |
25 | Dated: 6/20/05         BRAYTON♦PURCELL
26 |
27 |     By: _____
        David L. Fiol
        Attorneys for Plaintiff
28 |

1

2

ORDER:

3

IT IS SO ORDERED.

4

5

Dated: _____6-23-05_____

6

7

Saundra B. Armstrong, USDJ

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER PETITIONING COURT FOR LIFTING OF STAY, DISMISSING
DEFENDANT MCDONNELL DOUGLAS CORPORATION WITH PREJUDICE AND REMANDING CASE
TO CALIFORNIA SUPERIOR COURT: No. 05-0202 - SBA